# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROSS DUSTIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 5:18-cv-02099-XMF<br>*Assigned to Judge Xktikpkc'MOFgOctejk*<br><br>~~[PROPOSED]~~ **ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO RESPOND TO COMPLAINT**<br><br>Initial Resp. Date: June 4, 2018<br>New Resp. Date: June 18, 2018<br><br>Complaint Filed: April 6, 2018<br>Trial: TBD |

| | |
|---|---|
| 1 | The Court, having reviewed the stipulation of plaintiff Ross Dustin ("Plaintiff") and defendant Capital One, N.A. ("Capital One") to further extend the time for Capital One to respond to Plaintiff's Complaint, and good cause having been shown, hereby GRANTS the parties' request. Capital One is ordered to file a responsive pleading to Plaintiff's Complaint on or before June 18, 2018. |

**IT IS SO ORDERED.**

Dated: __June 11__, 2018

*Virginia K. DeMarchi* (signature)

Hon. Virginia K. DeMarchi
United States Magistrate Judge