Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Ross Dustin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSS DUSTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A..; et. al.,<br><br>    Defendants. | Case No.: 3:18-cv-02099-RS<br>*Honorable Richard Seeborg*<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Ross Dustin and defendant Capital One Bank (USA), N.A. ("Capital One"), that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  March 12, 2019     **SAGARIA LAW, P.C.**

By: _/s/ Elliot W. Gale_
Elliot W. Gale
Attorneys for Plaintiff
Ross Dustin

DATED:  March 12, 2019     **DOLL AMIR & ELEY LLP**

By: _/s/ Amy Borlund_
Amy Borlund
Attorneys for Defendant
Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amy Borlund has concurred in this filing.

_/s/ Elliot Gale_

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE